UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

SHAWN BALLARD, ) Case No. CV 12-3009-SVW(AJW)
)
    Petitioner, )
)
 v. ) JUDGMENT
)
CALIFORNIA DEPARTMENT OF )
CORRECTIONS, )
)
    Respondent. )
_____)

    It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: November 29, 2012

_____
Stephen V. Wilson
United States District Judge